AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

RYHEAM CROCKETT

V.

CITY OF CHICAGO, OFFICER JOEL SOTO, OFFICER BRIAN COLLINS, OFFICER RYAN STEC, and OFFICER NICHOLAS MUKITE

CASE NUMBER: 17-CV-6563

ASSIGNED JUDGE: Andrea R. Wood

DESIGNATED MAGISTRATE JUDGE: Jeffrey T. Gilbert

TO: (Name and address of Defendant)

Chicago Police Officer Brian Collins
Chicago Police Headquarters
3510 S. Michigan Avenue
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mary Grieb
Shiller Preyar Law Offices
601 S. California Ave.
Chicago, IL 60612

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



May 17, 2018

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5-18-18 |
| NAME OF SERVER (PRINT) John Preston | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copies @ CPD Summons Desk 3510 S. Michigan Av, Chgo, IL 60653

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $10.00 | $15.00 | $25.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-18-18
            Date

Signature of Server: [signed] John Preston

Address of Server: 601 S. California Av, Chgo 60612

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.