IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RYHEAM CROCKETT ) | |
| ) | Case No. 17 CV 6563 |
| Plaintiff, ) | |
| ) | JUDGE ANDREA R. WOOD |
| v. ) | |
| ) | |
| CITY OF CHICAGO, OFFICER JOEL SOTO, ) | |
| OFFICER BRIAN COLLINS, OFFICER RYAN ) | |
| STEC, and OFFICER NICHOLAS MUKITE, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

Kathleen Hill
Acting Corporation Counsel
Attorney for City of Chicago
BY: _____
Steffanie Garrett
Deputy Acting Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-6959, Attorney No. 6206951
DATE: _____

_____
Mary J. Grieb
Attorney for Plaintiff, Ryheam Crockett
Shiller Preyar Law Offices
601 South California Avenue
Chicago, Illinois 60612
(312) 226-4590, Attorney No. 6303421
DATE: 5/17/19

_____
Larry S. Kowalczyk
Special Assistant Acting Corporation Counsel
Attorney for Defendants, Joel Soto, Brian Collins,
Ryan Stec and Nicholas Mukite
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, Illinois 60604
(312) 540-7616, Attorney No. 6225367
DATE: 5/20/19